# SCHLAM STONE & DOLAN LLP

26 BROADWAY
NEW YORK, N.Y. 10004

(212) 344-5400
TELECOPIER: (212) 344-7677
www.schlamstone.com

HARVEY M. STONE
RICHARD H. DOLAN
WAYNE I. BADEN
MICHAEL A. BATTLE
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JEFFREY M. EILENDER
JOHN M. LUNDIN
DAVID J. KATZ
JONATHAN MAZER

PETER R. SCHLAM (1944-2005)

OF COUNSEL
RONALD G. RUSSO
MARY W. ANDERSON
ERIK S. GROOTHUIS
HILLARY S. ZILZ
BRADLEY J. NASH
VITALI S. ROSENFELD

NIALL D. O'MURCHADHA
ANDREW S. HARRIS
SAMUEL L. BUTT
DAVID G. ABRAMS

February 3, 2011

Honorable Dora L. Irizarry
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Thomas Cavanagh*
**Case No. 10 CR 600 (S-1) (DLI)**

Dear Judge Irizarry:

We represent defendant Mr. Thomas Cavanagh. I am writing to request leave of Court for Mr. Cavanagh to file a motion for a severance on February 11, 2011.

The Court has previously ordered that co-defendant Frank Nicolais file his motion for a severance on February 11, 2011. Mr. Nicolais and Mr. Cavanagh are the only defendants named in Counts 6 and 7 of the Indictment, and neither is named in any other Count of the Indictment. They are accused of the same criminal conduct. Thus, we anticipate that Messrs. Nicolais and Canavagh will make similar if not identical arguments for severance. Having the same briefing schedule for both defendants will serve the convenience of the government and the Court. Assistant United States Attorney William Schaeffer told me that he has no objection to this request.

Thank you very much.

Respectfully yours,

James C. Sherwood

JCS/db

cc: All counsel (by ECM)